# UNITED STATES DISTRICT COURT

## District of Minnesota

Timothy Leighton, John Taney, Arlen Orth,
Richard Terry, William Wallace,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 19-cv-1089 JNE/JFD

Delta Airlines, Inc., Administrative
Committee of Delta Air Lines, Inc.,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion for Summary Judgment [ECF 68] is GRANTED.

2. Plaintiffs' Motion for Summary Judgment [ECF 59] is DENIED.

3. Plaintiffs' Motion to Certify Class [ECF 54] is DENIED as MOOT.

4. Plaintiffs' Motion to Exclude Defendants' Expert Testimony [ECF 62] is DENIED as MOOT.

5. The Action is DISMISSED with PREJUDICE.

Date: 4/1/2022

KATE M. FOGARTY, CLERK